PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:17-mj-00046-JLT |
|---|---|
| Plaintiff, | 5:17-mj-00045-JLT <br> 5:17-mj-00043-JLT <br> 5:17-mj-00047-JLT |
| v. | 5:17-mj-00048-JLT <br> 5:17-mj-00044-JLT |
| TOMMIE THOMAS, <br> WILLIAM THOMAS, <br> DANNY WILLIS, <br> GARY PIERSON, <br> LADAIREUS JONES, <br> BERNARD WARREN, <br> MANUEL CRUZ, <br> LUIS FERNANDEZ, <br> BRYSHANIQUE ALLEN, <br> MYRON DEWBERRY, | 5:17-mj-00050-JLT <br> 5:17-mj-00052-JLT <br> 5:17-mj-00051-JLT <br> 5:17-mj-00049-JLT <br><br> [~~PROPOSED~~] ORDER TO UNSEAL COMPLAINT, ARREST WARRANTS, AND AFFIDAVIT |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

DATED: December 12, 2017

_____
Jennifer L. Thurston
U.S. Magistrate Judge

ORDER UNSEALING COMPLAINTS