1  PHILLIP A. TALBERT
   United States Attorney
2  ANGELA L. SCOTT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 1:17-CR-00299-DAD-BAM

12              Plaintiff,              ORDER TO DISMISS CASE

13        v.

14  BERNARD WARREN,

15              Defendant.

16
       Pursuant to the government's request under Federal Rule of Criminal Procedure 48, the Court
17
   hereby GRANTS the government's motion and gives the government leave to dismiss the complaint and
18
   indictment in this matter without prejudice as against defendant BERNARD WARREN.
19
   IT IS SO ORDERED.
20
       Dated:  **February 15, 2022**          _____
21                                             Dale A. Drozd
                                               UNITED STATES DISTRICT JUDGE
22

1